IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-40915
Conference Calendar

_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

RODNEY HADEN SWINDELL,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 9:96-CR-32-1
- - - - - - - - - -
August 18, 1998

Before KING, HIGGINBOTHAM, and JONES, Circuit Judges.

PER CURIAM:[*]

     Rodney Haden Swindell appeals his sentence from his guilty-plea convictions for possession with intent to distribute methamphetamine and for being a felon in possession of a firearm. He argues that the district court erred in failing to reduce his offense level for acceptance of responsibility. See U.S.S.G. § 3E1.1. We have carefully reviewed the arguments and the appellate record. We conclude that, in light of the standard of review, which accords great deference to the sentencing court's

_____

        [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

§ 3E1.1 determination, no error ensued.  See United States v. Thomas, 120 F.3d 564, 574 (5th Cir. 1997), cert. denied, 118 S. Ct. 721 (1998)

AFFIRMED.